In the Matter of the Petition of ARNOLD R. HANSON and Others, Copartners, etc., Respondents, for an Inspection of the Stock Book of HOOKER ELECTROCHEMICAL

COMPANY. HOOKER ELECTROCHEMICAL COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.